**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6083

DAVID E. HILL,

Plaintiff - Appellant,

v.

PAUL J. MCNULTY, U.S. District Attorney; ROBERT SPENCER, Asst. U.S. Attorney; KAREN NESTER, FBI Agent; PAUL TIMKO, FBI Agent; JANE DOE, Warden, D.C. Jail; JOHN DOE, Correctional Officer; JOHN DOE, Correctional Officer; JANE DOE, Correctional Officer; ALEXANDRIA DISTRICT ATTORNEY'S OFFICE, U.S. Attorney Office; GERALD B. LEE, Former Judge,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:21-cv-00112-CMH-TCB)

Submitted:  July 21, 2022                                      Decided:  July 26, 2022

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Hill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David E. Hill appeals the district court's order denying relief on several postjudgment motions in Hill's civil action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). Upon review of the record, we discern no reversible error in the court's rulings. Accordingly, we affirm. *Hill v. McNulty*, No. 1:21-cv-00112-CMH-TCB (E.D. Va. filed Dec. 9, 2021 & entered Dec. 10, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*